■ FEIN CAN CORP. et al., v. LEON PASTOR, as President.— Motion for stay granted, on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before May 12, 1960, with notice of argument for May 24, 1960, said appeal to be argued or submitted when reached. Respondents' points are to be served and filed on or before May 18, 1960. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK V. JOSEPH WRIGHT.— Enlargement of time granted. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK V. WILLIAM J. FEBLES.— Application to withdraw appeal granted. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

## (April 29, 1960)

■ E. B. METAL PRODUCTS CO., INC. v. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., et al.— Motion for leave to dispense with printing and placing this appeal at the bottom of the Calendar for the June 1960 Term of this court granted only insofar as to dispense with the printing in the record on appeal of the exhibits listed in Exhibit A annexed to plaintiff's moving papers on condition that the originals thereof and six additional copies of all photographic exhibits are filed with this court on or before the Wednesday preceding the first day of the Term for which the appeal is noticed for argument. In all other respects the motion is denied. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

## SECOND DEPARTMENT, APRIL, 1960

## (April 4, 1960)

■ HOWARD N. BRIMBERG, Individually and as a Stockholder, Respondent, v. STANLEY FRIELICH et al., Appellants. — Motion to dismiss appeal from so much of an order as, *inter alia*, directed appellants Frielich and Schwartz to answer certain questions put to them on their examinations before trial, on the ground that appellants have failed to prosecute the appeal. Motion denied, without costs. On the court's own motion, the appeal is dismissed on the ground that the order is not appealable. (*Hall* v. *Wood*, 5 A D 2d 998.) Present — Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ.

■ ELIZABETH GAFFNEY, Appellant, v. THOMAS H. GAFFNEY, Respondent. (Action No. 1) ELIZABETH GAFFNEY, Appellant, v. THOMAS H. GAFFNEY, Respondent. (Action No. 2.) — Motion for reargument denied, without costs. Present — Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ.

■ MANNIE GREENFIELD, Respondent, v. PETER TRIPP, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ.